ACCEPTED
05-17-01457-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/3/2018 12:46 PM
LISA MATZ
CLERK

## NO. 05-17-01457-CV

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/4/2018 12:00:00 AM
LISA MATZ
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIFTH DISTRICT OF TEXAS
## AT DALLAS, TEXAS

**CHARLES CHANG, M.D.,**
Appellant,

v.

**ASHLEY L. DENNY,**
Appellee.

On Appeal from the 401ˢᵗ District Court
Collin County, Texas
Cause No. 401-02470-2013
(Hon. Mark Rusch)

## APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEE

**TO THE HONORABLE JUSTICES OF THE FIFTH COURT OF APPEALS:**

**COMES NOW,** Appellee Ashley L. Denny ("Appellee"), and in accordance with rules 10.5(b) and 38.6(d) of the Texas Rules of Appellate Procedure, files this Unopposed Motion for Extension of Time to File Brief of Appellee ("Motion"). In support of her Motion, Appellee respectfully represents as follows:

1. Appellant filed his 50-page brief on May 15, 2018, following an unopposed 30-day extension that was granted by the Court.

2. Consequently, Appellee's brief is due June 14, 2018. Appellee requests a 30-day extension of time to file her Brief of Appellee. Because July 14, 2018 falls on a Saturday, Appellee's request is that the deadline is extended to Monday, July 16, 2018.

3. This is Appellee's first request for an extension of time to file her Brief of Appellee.

4. Counsel for Appellant, Diana L. Faust, does not oppose the requested extension.

5. Appellee's lead counsel, Mr. Michael Pezzulli, respectfully makes this request in the interest of justice, and not for the purposes of delay. Appellant's brief is lengthy (50 pages), the issues presented are complex and contain parts and subparts, and the record is voluminous. Counsel for Appellee requests the same, or substantially the same amount of time, extended to Appellant to prepare and submit a responsive brief so as not to cause prejudice to Appellee.

6. Further circumstances make it exceedingly difficult to respond to Appellant's brief within the current deadline. Mr. Pezzulli has undergone a medical procedure since the time Appellant filed his brief, namely an interocular lens surgery in his right eye to remove a cataract and to implant a prosthetic lens. This procedure

keeps Mr. Pezzulli from being able to work full time for approximately a week, if not more, reducing the amount of time he can dedicate to Appellee's response. Counsel makes this request for extension in the interest of justice and not to delay or cause prejudice.

**THEREFORE,** Appellee Ashley L. Denny moves this Court for an Order granting an extension of time of thirty days so that the Brief of Appellee will be due on **July 16, 2018**, and for such other and further relief to which Appellee shows herself justly entitled.

Respectfully submitted,

Michael F. Pezzulli
The Law Office of Michael F. Pezzulli, PLLC
State Bar No. 15881900
michael@courtroom.com
880 Country Club Rd.
Fairview, Texas 75069
(972) 713-1300
(972) 713-1333 fax

**ATTORNEY FOR APPELLEE**
**ASHLEY L. DENNY**

## CERTIFICATE OF CONFERENCE

I hereby certify that, on May 31, 2018, Mr. Michael F. Pezzulli, counsel for Appellee, conferred via email with counsel for Appellant, Ms. Diana L. Faust, regarding this motion to extend the deadline for filing the Brief of Appellee. Ms. Faust advised she does not oppose the requested extension of time of thirty days to file the Brief of Appellee.

_____
Michael F. Pezzulli

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of this Motion upon all counsel of record, via efile, on this the 3rd day of June, 2018, at the following addresses:

Ms. Diana L. Faust                                                                VIA EFILE
diana.faust@cooperscully.com
Cooper & Scully, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202

Russell G. Thornton
rthornton@trtblaw.com
Thiebaud Remington Thornton & Bailey L.L.P.
Two Energy Square
4849 Greenville Avenue, Suite 1150
Dallas, Texas 75206

**Counsel for Appellant**

_____